**IN THE U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 13-54211 |
| Donna and Matthew McNerlin | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge Caldwell |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that the Debtor changed his address to:

    13546 Oak Road
    Thornville, OH 43076

    Respectfully submitted,

    /s/ Athena Inembolidis
    Athena Inembolidis (0079362)
    625 City Park Avenue
    Columbus, Ohio 43206
    614-222-0055
    614-230-0678 (fax)
    Athena@AthenaLegal.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2015, a copy of the Notice of Change of Address was served on the following registered ECF participants, **electronically,** through the court's ECF System at the email addresses registered with the court:

- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- Faye D. English    notices@ch13columbus.com
- Brian M Gianangeli    bgianangeli@mifsudlaw.com
- Geoffrey J Peters    colecfsdo@weltman.com
- Theran J Selph    tselph@selphlaw.com

And on the following by **ordinary U.S. Mail** addressed to:

Donna and Matthew McNerlin, 13546 Oak Road Thornville, OH 43076

  /s/ Athena Inembolidis
Athena Inembolidis (0079362)